Susan M. ROSENBERG,
Plaintiff, Appellee,

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH INC. and John Wyllys,
Defendants, Appellants.

No. 98–1246.

United States Court of Appeals,
First Circuit.

Feb. 24, 1999.

Before BOUDIN and LYNCH, Circuit Judges, and WELLFORD, Senior Circuit Judge.*

ORDER OF COURT

The judgment in this case entered on December 22, 1998 is vacated and the opinion of this Court released on December 22, 1998 is withdrawn. A new opinion is issued today.

The petition for rehearing is otherwise denied.

---

* Of the Sixth Circuit Court of Appeals, sitting by designation.